IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PETER KIMA,** | * |
| Plaintiff, | * |
| v. | * Civil Case No. RWT 14cv2281 |
| **COMPASS, INC.,** | * |
| Defendant. | * |

### ORDER

Upon consideration of Defendant's Partial Motion to Dismiss [ECF No. 10], Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 18], Plaintiff's Motion for Leave to File Surreply [ECF No. 19], the Joint Motion to Modify the Scheduling Order [ECF No. 28], the oppositions and replies thereto, the arguments presented by counsel at a hearing held before the undersigned on April 13, 2015, and for the reasons stated on the record, it is, this 28th day of April, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Partial Motion to Dismiss [ECF No. 10] is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Complaint is **DISMISSED** to the extent it alleges Defendant improperly failed to promote Plaintiff and constructively discharged Plaintiff; and it is further

**ORDERED**, that the following portions of the Complaint are **STRICKEN**: ¶¶ 12, 13, 14, 30, 38 and 42 in their entirety, and ¶ 45 to the extent it purports to claim damages related to Plaintiff's resignation; and it is further

**ORDERED**, that Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 18] is **DENIED**; and it is further

**ORDERED**, that Plaintiff's Motion for Leave to File Surreply [ECF No. 19] is **DENIED;** and it is further

**ORDERED**, that the Joint Motion to Modify Scheduling Order [ECF No. 28] is **GRANTED**; and it is further

**ORDERED**, that the scheduling order is **AMENDED** as follows:

| New Date | Prior Date | Item |
| --- | --- | --- |
| July 3, 2015 | April 3, 2015 | Plaintiff's Rule 26(a)(2) disclosures |
| August 4, 2015 | May 4, 2015 | Defendant's Rule 26(a)(2) disclosures |
| August 19, 2015 | May 19, 2015 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| August 25, 2015 | May 25, 2015 | Rule 26(e)(2) supplementation of disclosures and responses |
| September 17, 2015 | June 17, 2015 | Discovery deadline; submission of status report |
| September 24, 2015 | June 24, 2015 | Requests for admission |
| October 17, 2015 | July 17, 2015 | Dispositive pretrial motions deadline |

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE